## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 14-10349-GAO |
| ELMER REYES, ) | |
| ) | |
| Defendant ) | |

### ORDER ON DISCOVERY MOTION AND
### REPORT AFTER FIFTH INTERIM STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5 (b)

**September 15, 2015**

Hennessy, M.J.

A Final Status Conference was scheduled in the above-captioned for September 15, 2015 in Boston. However, prior to the conference, Defendant filed a motion for discovery and the United States filed an opposition. The court converted the final status conference into a hearing on the motion.

**Order on Discovery Motion**

Defendant has moved for an order directing the United States to produce Chelsea Police Department and FBI policies on the following: interviewing non-English speaking suspects; interviewing suspects generally; and, executing search warrants. I agree with the United States that such written policies, to the extent they exist, are not relevant. Should Defendant move to suppress custodial statements or items seized pursuant to a warrant, the motion will depend on compliance with constitutional, and not departmental, standards. Accordingly the motion for discovery is denied as to policies.

Defendant also moves for access to a cellular telephone seized by the United States in this case. The United States represents that it has produced a mirror image of the contents of the

cellular telephone.  Defendant argues that this is not enough and seeks access to the phone itself and the opportunity to "view and manipulate" the phone.  The United States opposes the motion, largely on the ground that such manipulation may result, inadvertently, in the spoliation of the contents of the phone or otherwise affect the integrity of the phone which has been maintained since its seizure.  I agree with the United States.  Further, I find that Defendant has not made a sufficient showing to justify "manipulating" the phone.  I deny the motion without prejudice to renew.  The United States has represented that it will produce to Defendant its expert report on the forensic examination of the cellular telephone as soon as possible.  With this report, Defendant can, with the assistance of an expert, review the government's report and, if necessary, renew the motion with a showing of need.

Finally, Defendant seeks another copy of the Miranda waiver Defendant executed.  The United States has no opposition to producing another copy of such waiver.

**Interim Report**

At Defendant's request to continue the matter before me for one month in order to resolve the pending discovery matter, a Final Status Conference will take place on Thursday, October 15, 2015 at 2:00 p.m., in Courtroom #16, Fifth Floor, Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.  Counsel are invited to appear by telephone if that is more convenient.  Apart from the discovery matter discussed herein and Local Rule 116.5( c), the parties are directed to advise the court when this case can be transferred to the District Judge.

*/s/ David H. Hennessy*
David H. Hennessy
United States Magistrate Judge